Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| PAMELA IRENE MOORE, | CASE NO. 2:10-CV-02477-KJN |
| Plaintiff, | [proposed] **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his reply on or before October 26, 2011.

However, for a second time in this action, the undersigned is troubled by the timing of the parties' stipulation seeking the court's approval for a time extension.  Previously, defendant filed a stipulation on August 15, 2011, the same day as defendant's deadline to file its Opposition/Cross-Motion for Summary Judgment.  (Dkt. No. 15.)  While the undersigned granted that stipulation, he also informed the parties that such timing violates the court's Local Rules. (Dkt. No. 17 at 2 (citing E.D. Local Rule 144(d) ("Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent. Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor.").)  The

1  undersigned's prior order even stated that "[f]uture stipulations suffering from similar
2  deficiencies may not be approved." (Dkt. No. 17 at 2.)  Despite the undersigned's prior order,
3  and with no explanation, the parties have again filed a stipulation requesting a time extension on
4  October 5, 2011 — the very day of the deadline at issue.  While the undersigned again approves
5  the pending stipulation, counsel are reminded of the need to abide by the applicable Local Rule
6  and are warned that subsequent stipulations filed on the day of the relevant deadline may be
7  summarily denied.
8         SO ORDERED.
9  DATED:  October 12, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE