1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

9                                          —o0o—

10

11 PAMELA IRENE MOORE,                      CASE NO. 2:10-CV-02477-KJN

12                Plaintiff,                **STIPULATION AND** ~~PROPOSED~~ **ORDER
                                            SETTLING ATTORNEY'S FEES
13 vs.                                      PURSUANT TO THE EQUAL ACCESS
                                            TO JUSTICE ACT, 28 U.S.C. § 2412(d)**
14 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
15
                  Defendant(s).
16 _____/

17

18         IT IS HEREBY STIPULATED by and between the parties through their undersigned

19 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

20 Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND

21 SEVEN HUNDRED FIFTY DOLLARS AND 00/CENTS ($4,750.00). This amount represents

22 compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with

23 this civil action, in accordance with 28 U.S.C. §[§ 1920,] 2412(d).

24         After the Court issues an order for EAJA fees and expenses to Plaintiff, the government

25 will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's

26 attorney. Pursuant to *Astrue v. Ratliff*, – S.Ct. – , 2010 WL 2346547 (U.S. June 14, 2010), the

27 ability to honor the assignment will depend on whether the fees and expenses are subject to any

28

---

offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Ann M. Cerney, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Date: April 23, 2012

/s/ Ann M. Cerney
ANN M. CERNEY,
Attorney for Plaintiff


BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel,
Social Security Administration


Date: April 23, 2012

/s/Elizabeth Firer
ELIZABETH FIRER
(by email authorization on 4/23/12)
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

The parties' stipulation (Dkt. No. 24) is HEREBY APPROVED.

IT IS SO ORDERED.

DATED: April 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

**Stipulation and Proposed Order Settling Attorney's Fees Pursuant to the Equal Access
To Justice Act, 28 U.S.C. § 2412(d)**